**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Agapito CORTEZ, aka Tito, Defendant—Appellant.**

No. 01–50702.

D.C. No. CR–96–00567–ABC–2.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Agapito Cortez appeals from the sentence imposed after remand, for his conviction by jury trial for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cortez's counsel has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Cortez has not filed a supplemental pro se brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) discloses no issues for review. Counsel's motion to withdraw is GRANTED, and the district court's judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

